UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DOMINIC GABRIEL MAZZUCCO,**
        **Petitioner,**

  v.                                Case No. 24-CV-0654

**STEVEN R. JOHNSON,** *Warden,*
*Milwaukee Secure Detention Facility.*
        **Respondent.**

---

## ORDER

On July 1, 2024, Magistrate Judge William E. Duffin issued a decision recommending that the Dominic Gabriel Mazzucco's petition for a writ of habeas corpus be dismissed without prejudice for failure to exhaust state court remedies. ECF No. 8. The decision was served on the parties that same day. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), the parties had 14 days to file written objections to the order. That time has expired without either party filing an objection. For this reason, I will accept the recommendation in full.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report and Recommendation (ECF No. 8) is **ACCEPTED**. For the reasons stated in the report and recommendation, the petition for a writ of habeas corpus is **DISMISSED without prejudice**. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of July, 2024.

                                              /s/ Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge